IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CURTIS INSTRUMENTS, INC.,
et al.,

    Plaintiffs,

v.                                          CIVIL NO. 98-1133(RLA)

SHEILA GLORIMAR ZIERENBERG
RIPOLL, et al.,

    Defendants.

### ORDER ALLOCATING INTERPLEADED FUNDS EQUALLY BETWEEN GLORIMAR AND ALEXANDRA ZIERENBERG RIPOLL

The Motion filed by ALMA RIPOLL on behalf of her daughters on August 14, 2000 (docket No. **23**) is **GRANTED**.

Accordingly, the Clerk of the Court is hereby ORDERED to equally allocate the previously deposited interpleader funds in two interest-bearing accounts at its designated financial institution as follows:

**SHEILA GLORIMAR ZIERENBERG RIPOLL** - DOB: **May 21, 1981**

    SSN: 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

**ALEXANDRA ZIERENBERG RIPOLL** - DOB: **Sept. 23, 1986**

    SSN: 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

Interest earned by these funds shall be subject to deduction of an administration fee payable to the Clerk of the Court pursuant to Local Rules 115.2(a), 115.3(a) and 116.

**CIVIL NO. 98-1133 (RLA)**                                                          **Page 2**

No withdrawal of these funds shall be made except by Order of this Court or until the particular beneficiary reaches majority of age.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 30th day of August, 2000.

RAYMOND L. ACOSTA
United States District Judge

AO 72
(Rev 8/82)