UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CURTIS INSTRUMENTS, et al.,

v.                                      CIVIL NO. 98-1133 (RLA)

SHEILA ZIERENBERG-RIPOLL, et al.

O R D E R

| MOTION | RULING |
|---|---|
| Date Filed: 7/9/02    Docket # 25<br><br>[X] SHEILA ZIERENBERG-RIPOLL<br><br>Title: Untitled Motion (requesting withdrawal of funds) | GRANTED. The Clerk of the Court shall issue a check in the name of SHEILA ZIERENBERG RIPOLL in the amount of $25,340.82 and furnish same to Ms. Zierenberg or her legal representative upon her request. |

July 15, 2002                   by  [signature]
Date                            RAYMOND L. ACOSTA
                                U.S. District Judge

Rec'd:          EOD:

By: /s/          #26

s/c finance section